**Order entered October 10, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00612-CR

**JOSE REYNALDO ZAMORA BANEGAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00847-V**

## ORDER

Before the Court is appellant's October 8, 2018 second motion to extend the time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **November 6, 2018**. If appellant's brief is not filed by November 6, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
         JUSTICE